# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

**v.**

| | |
|---|---|
| **CAINAN WILSON,** | -01 |
| **AARON MCNEAL, and** | -02 |
| **HILLARD BLACK** | -03 |

## CRIMINAL COMPLAINT

CASE NUMBER: 1:15-mj-0777

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One - On or about October 17, 2015, in Marion County, in the Southern District of Indiana defendants **CAINAN WILSON** and **AARON MCNEAL**, did knowingly steal or unlawfully take or carry away seventy-one (71) firearms from Crack Shot Guns, located at 715 E. 53rd Street, Anderson, Indiana 46013, a licensed firearms dealer, in violation of Title 18, United States Code, Sections 922(u); and

Count Two – On or about October 21, 2015, in Marion County, in the Southern District of Indiana, defendant **HILLARD BLACK**, did knowingly or having reasonable cause to believe the firearm was stolen, possess stolen firearm, in violation of Title 18, United States Code, Section 922(j).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Christopher Wright, Special Agent, ~~FBI~~ ATF

**Sworn to before me, and subscribed in my presence**

_**10/28/15**_
**Date**

at   Indianapolis, Indiana
_____

_____
Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

Attachment A

1. Your Affiant, Christopher R. Wright, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since January of 2015. Your Affiant has had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I am currently assigned to the ATF Indianapolis Field Office. I have approximately seven years of law enforcement experience as a police officer in the state of Indiana, and attended multiple law enforcement schools with the Highland Police Department located in Lake County, Indiana. I have two and half years with the United States Border Patrol as a Federal Agent, and served on the U.S. / Mexico border in California. I graduated from Indiana University and received a bachelor's degree in criminal justice and minor in psychology. I served over four years in the United States Marine Corps as a machine gunner and Marines Special Purpose Force. The information contained in the below numbered paragraphs is either personally known to me or told to me by other law enforcement officers.

2. I am a sworn Federal Agent empowered under the laws of the United States to investigate violations of Federal firearms laws pertaining to the Gun Control Act of 1968.

3. I am conducting an investigation regarding:

    a). The knowing theft of seventy-one (71) firearms from Crack Shot Guns, located at 715 E 53rd Street, Anderson, Indiana 46013, a licensed firearms dealer, by Cainan WILSON and Aaron McNEAL on or about October 17, 2015, in violation of Title 18, United States Code, Sections 922(u) and 2, and;

b).  The possession of a firearm by Hillard BLACK, knowing or having

reasonable cause to believe the firearm was stolen in violation of Title 18, United

States Code, Section 922(j).

4.  On October 21, 2015, at approximately 1:34 AM, Indianapolis Metropolitan Police

Department (IMPD) officer observed a gray 2007 Dodge passenger car traveling east

bound in the 7900 block of West 10th street with an obstructed rear vehicle license plate.

The plate, because the rear plate light was hanging from the trunk and covering the

middle plate number. Once he was able to read the full plate number of WOB283, the

officer determined that the registered owner of the vehicle was Hillard DeJuvion

BLACK, whose driving privileges were suspended.

5.  The officer conducted a traffic stop and identified BLACK as the driver and registered

owner.  The officer asked BLACK if he had any weapons on his person or in his car.

BLACK looked down towards the door handle of his vehicle and did not respond to the

officer's question.  BLACK was asked again if he had any weapons on him or in his

vehicle.  BLACK then began staring into the driver side mirror of his car; not responding

to the officer's question.  BLACK was told to exit his vehicle and placed under arrest for

driving while suspended.

6.  BLACK's vehicle was to be towed and an inventory search was performed pursuant to

IMPD policy.  Officers located an open alcohol container under the driver seat and a

Smith & Wesson, 9mm semiautomatic pistol, serial number HFR2748, loaded with

fourteen (14) rounds of ammunition in the same location.  The pistol was reported stolen

from Crack Shot Guns of Anderson, Indiana, on October 17, 2015.

7.  An officer read BLACK his Miranda rights and BLACK agreed to provide a statement.

BLACK first stated that he found the gun on the ground and was taking it home, but then changes his story and stated he bought it from "some white boys" near West 38th street and High School Road.

8. While in custody at the Arrestee Processing Center, a Task Force Officer (TFO) with ATF again Mirandized and interviewed BLACK. BLACK stated he bought the pistol from a white male he met at a local gas station who goes by the name of "CJ". BLACK stated "CJ" had two duffle bags full of firearms and provided the TFO with "CJ's" cell phone number: 317-358-6205. BLACK provided consent to search the contents of his cellular phone. The TFO discovered several pictures of firearms.

9. Officers also obtained a state search warrant to perform a further investigative search of BLACK's cellular phone. Officers found several pictures of various types of firearms that appeared to be taken on October 20, 2015. Two of the firearms on BLACK's phone had visible serial numbers and were confirmed to be among the firearms stolen from Crack Shot Guns on October 17. The first was a Smith and Wesson model M&P, bearing serial number HBE5706, and the second was a Para Ordinance, model Warthog, .45 caliber, bearing serial number K069192.

10. Text messages on BLACK's cellular phone indicated that he was attempting to facilitate the sale of several firearms matching the description of the firearms that were stolen from Crack Shot Guns. For example, BLACK texted messages to various phone numbers stating "Guns for Sale", and quoting prices with manufacturers and calibers. The internet search history also revealed that BLACK conducted approximately four (4) Google searches on said phone for makes and calibers that matched several of the firearms stolen from Crack Shot Guns.

3

11. On October 21, 2015, Officers obtained a state court order to obtain location tracking data for WILSON's cellular telephone, which lead agents to CJ's residence, located at 1465 N. County Road 475 E., Avon, Indiana 46123.   On October 22, 2015, approximately 1:00 PM, ATF agents and officers spoke to Cainan "CJ" WILSON at that address.  WILSON was Mirandized (Miranda Rights) by S/A Wright (Audio Recorded) at approximately 1:15 PM.  WILSON gave ATF Agents several statements admitting his involvement in the burglary that occurred at Crack Shot Guns.

12. WILSON also provided consent to search his residence and showed agents the location of five (5) firearms, firearm accessories, and ammunition in his bedroom. Agents verified that all five (5) firearms, as described below, were among those seventy-one (71) firearms stolen from Crack Shot Guns.  The firearms seized were:

> (1) a STAG ARMS .223 caliber (rifle), model AR15, serial number 314874;
> (2) Glock 9mm caliber pistol, model 17, serial number UZV463;
> (3) Glock 9mm caliber pistol, model 19, serial number ZDB713;
> (4) Glock 9mm caliber pistol, model 26, serial number XUW769, and;
> (5) Ruger .22 caliber pistol, model SR22, serial number 36542019.

13. WILSON volunteered to come back to ATF Office to give a statement and indicated a willingness to cooperate with investigators.  WILSON was again read his Miranda rights WILSON stated that on October 17, 2015, he and his co-worker, Aaron McNEAL, decided break into the local gun store (Crack Shot Guns)." WILSON was asked who's idea was it to break into the gun store. WILSON stated "it was probably both of ours . . . we were equally as eager and equally down to do it".   WILSON stated he and McNEAL cut all power to the building from the outside of Crack Shot Guns.  WILSON stated he boosted Aaron onto the roof and then waited out back.  WILSON stated he stayed outside while McNEAL went inside through the roof.  After approximately 2-3 hours, McNEAL

opened the back door of the gun store and carried the bags of stolen firearms to the vehicle. WILSON stated he and McNEAL went to his house located at 1465 N. County Road 475 E., Avon, Indiana.

14. WILSON stated that the next day he called "DJ" (Hillard DeJuvion BLACK), to see if he was interested in purchasing the firearms. WILSON stated he has been buying marijuana from BLACK for the past four or five years. WILSON stated that in total, he sold approximately fifty (50) firearms to BLACK for a total of between $5,000 and $6,000 dollars. WILSON stated the proceeds were spent on marijuana, food, and gas. WILSON stated he and McNEAL were in their company truck when they sold BLACK the firearms.

15. On October 22, 2015, a state search warrant was obtained for BLACK's residence. Officers and agents executed a search warrant for firearms and firearms accessories that are related to Crack Shot Guns burglary. Agents were unable to locate any weapons inside the address, however, agents were able to identify BLACK's living room, table, and carpet, from pictures in BLACK's phone that contained firearms from the Crack Shot Burglary.

16. On October 23, 2015 a state search warrant was executed at McNEAL's residence. Anderson Police Department officers seized four (4) firearms, as described below, all of which were reported among the seventy-one (71) firearms stolen from the Crack Shot Guns burglary. The firearms seized were:

> (1) a Springfield 9mm pistol, model 1911RO, serial number NM402782;
> (2) an Inter Ordnance 7.62 caliber rifle, model AKM247AK, serial number S003939;
> (3) a Bersa .380 caliber pistol, model Thunder, serial number F76165, and;
> (4) a Ruger (pistol) model LCP, .380 caliber, serial # 371492427.

Officers also recovered $3,491.00 in cash from McNEAL's bedroom.

17. Aaron McNEAL was read his Miranda rights and was interviewed at the Anderson Police Department by a detective and ATF agent. McNEAL admitted that he and WILSON burglarized Crack Shot Guns and stole firearms. McNEAL stated that he and WILSON met with BLACK on several occasions and sold him stolen firearms from Crack Shot Guns. McNEAL identified BLACK as "DJ" in a photo lineup.

18. Your affiant further knows from his training and experience that the above listed firearms were manufactured outside the State of Indiana, and by virtue of their presence in the State of Indiana would have had to travel in interstate or foreign commerce.

19. Based on the foregoing, there is probable cause to believe that:

     a) Cainan WILSON and Aaron McNEAL, each aiding, abetting, and assisting one another, violated Title 18, United States Code, Sections 922(u) and 2, by committing the theft of seventy-one (71) firearms from a licensed firearms dealer on or about October 17, 2015, and;

     a) Hillard BLACK violated Title 18, United States Code, Section 922(j), by possessing a firearm that he knew or had reasonable cause to believe was stolen.

                                      Christopher R. Wright,
                                      Special Agent
                                      Bureau of Alcohol, Tobacco & Firearms

Subscribed and sworn before me this 28th day of October, 2015.

                                      Denise K. LaRue
                                      United States Magistrate Judge
                                      Southern District of Indiana